IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | NE 14 6483537 |
| Plaintiff, | Case No.: NE 14 6483904 |
| vs. | Violation No.: 8:17cb9 |
| Jimmy D. Vach, | **ORDER TO APPEAR** |
| Defendant. | |

You are ordered to appear for your next court hearing on ___July 30___, 20_19_ at ___9:00___ a.m. in Courtroom No. 7 at the Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Failing to appear in court as directed may result in a warrant being issued for your arrest. You may be subject to an additional charge of Failure to Appear or a finding of Contempt of Court. Each of these may be punishable by a term of imprisonment, a fine or both.

Dated this _18th_ day of ___July___, 20_19_.

BY THE COURT:

s/ ~~Susan M. Dazis~~ Michael D. Nelson
United States Magistrate Judge

Defendant hereby acknowledges receipt of this Order and promises to appear at the date and time above.

___7-18-2019___
Date

_(signature)_
Defendant